```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  HANLEY CHEW (CABN 189985)
    Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113
        Telephone: (408) 535-5060
 7      FAX: (408) 535-5066
        hanley.chew@usdoj.gov
 8
    Attorneys for United States of America
 9
10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13
    UNITED STATES OF AMERICA,        )   No. CR 11-70889 PSG
14                                   )
           Plaintiff,                )
15                                   )   MOTION AND [PROPOSED] ORDER TO
       v.                            )   DISMISS COMPLAINT
16                                   )
    EDGARDO CENTENO,                 )
17                                   )
           Defendant.                )
18  _____)
19
20     COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned
21  Assistant United States Attorney and moves this Honorable Court for an order dismissing the captioned
22  complaint. The facts supporting this request are as follows:
23     A complaint charging the defendant with Unlawful Flight to Avoid Prosecution, in violation of
24  Title 18, United States Code, section 1073, was signed by the Honorable Paul S. Grewal, United States
25  Magistrate Judge, on August 8, 2011. With the assistance of federal law enforcement, the defendant was
26  successfully apprehended recently and will be turned over to local authorities to face charges for murder,
27  in violation of California Penal Code Section 187.
28     For the foregoing reasons, the United States respectfully moves for the dismissal of the above-
```

MOT. & [PROP.] ORDER
CR 11-70889 PSG

1  referenced complaint and asks that the arrest warrant issued thereon be recalled.

2

3  DATED: January 22, 2015               Respectfully submitted,

4                                         MELINDA HAAG
                                          United States Attorney

5                                              /s/
                                          HANLEY CHEW
6                                         Assistant United States Attorney

7

8                            [PROPOSED] ORDER

9      For good cause shown, the Court hereby grants the government's motion to dismiss the

10  complaint in the above-captioned case.

11

12  Dated: 1/23/2015                      _____
                                          HONORABLE PAUL S. GREWAL
13                                        UNITED STATES MAGISTRATE
                                          JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOT. & [PROP.] ORDER
CR 11-70889 PSG